STATE of Missouri, Respondent,

v.

**Robert Harry PLANT, Appellant.**

No. 48900.

Missouri Court of Appeals,
Eastern District,
Northern Division.

May 14, 1985.

Thomas Richard Motley, Hannibal, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, Robert Harry Plant, appeals from his convictions, after a jury trial of burglary in the second degree and stealing. He was sentenced as a persistent offender to fifteen years' imprisonment on each conviction, to be served consecutively. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**John Mack BUFORD, Appellant.**

No. WD 35774.

Missouri Court of Appeals,
Western District.

March 12, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied
June 25, 1985.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

This is a direct appeal from a judgment resentencing appellant. Judgment affirmed. Rule 30.25(b).